UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SHAUNA SHERREE MCKENZIE,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 5:18-cv-00443-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 18),

IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $1,991.07 under 28 U.S.C. § 2412, subject to the terms of the above-referenced Stipulation.

Dated: September 28, 2018

_____
JOHN D. EARLY
United States Magistrate Judge